**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00333-CR

**ROBERT GLYNN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-88186-2011**

## ORDER

The Court **GRANTS** the State's August 9, 2013 motion to extend time to file its brief.

We **ORDER** the State's brief received on September 10, 2013 filed as of the date of this order.


/s/    LANA MYERS
        JUSTICE